| | |
|---|---|
| Thomas P. Riley, SBN 194706<br>LAW OFFICES OF THOMAS P. RILEY, P.C.<br>First Library Square<br>1114 Fremont Avenue<br>South Pasadena, CA 91030-3227<br><br>Tel: 626-799-9797<br>Fax: 626-799-9795<br>TPRLAW@att.net<br><br>Attorneys for Plaintiff<br>Innovative Sports Management, Inc.<br>d/b/a Integrated Sports Media | |

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| INNOVATIVE SPORTS MANAGEMENT, INC. d/b/a INTEGRATED SPORTS MEDIA,<br><br>Plaintiff,<br><br>vs.<br><br>Gustavo Luis Ortega, et al,<br><br>Defendants. | CASE NO. 3:19-cv-02788-MMC<br><br>[Proposed] ORDER GRANTING STIPULATION OF DISMISSAL |

Pursuant to the Stipulation ~~IT IS HEREBY STIPULATED~~ by and between Plaintiff Innovative Sports Management, Inc. d/b/a Integrated Sports Media, and Defendants Gustavo Luis Ortega, Luz Olinda Ortega, Nancy Rosa Ortega and Peruvian Brothers, LLC, ~~that~~ the above-entitled action is hereby dismissed **with prejudice** against Gustavo Luis Ortega, Luz Olinda Ortega, Nancy Rosa Ortega and Peruvian Brothers, LLC and in its entirety.

///

///

///

///

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED**:

_____  Dated: March 9, 2020
MAXINE M. CHESNEY
United States District Judge

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///